UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WOLVERINE SECURITY SERVICES, INC.,

    Debtor.

Chapter 7
Case No. 08-60369-SWR
Hon. Steven W. Rhodes

---------------------------------------------------------/

GENE R. KOHUT, Trustee,
Proceeding

    Plaintiff,

vs.

BARTON E. SPRADLIN and APEX SECURITY CONSULTANTS, INC. d/b/a APEX SECURITY SOLUTIONS, INC.,

    Defendants.

Adversary

#09-05141

_____/

## ORDER OF SUBSTITUTION OF COUNSEL

The matter having come before the Court on stipulation, it is hereby ORDERED:

    Attorney Guy T. Conti shall substitute as attorney for all Defendants. Attorney Dominic N. Hamden is withdrawn as attorney for all Defendants.

.

**Signed on November 09, 2009**

                                                            **_____/s/ Steven Rhodes_____**
                                                              **Steven Rhodes**
                                                              **United States Bankruptcy Judge**