UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WOLVERINE SECURITY SERVICES, INC.,     Chapter 7
                                                        Case No. 08-60369-SWR
      Debtor.                                      Hon. Steven W. Rhodes
_____/

GENE R. KOHUT, Trustee,

      Plaintiff,

vs.                                                               Adversary Proceeding
                                                                 No. 09-5141

BARTON E. SPRADLIN and APEX SECURITY
CONSULTANTS, INC. d/b/a APEX SECURITY
SOLUTIONS, INC.,

      Defendants.
_____/

## **STIPULATION FOR ENTRY OF CONSENT JUDGMENT**

        Plaintiff and Defendants by their respective attorneys hereby stipulate to the form, substance and entry of the attached proposed Consent Judgment.

Approved:

| GOLD, LANGE & MAJOROS, P.C. | THE LAW OFFICES OF GUY T. CONTI, PLLC |
|---|---|
| /s/ Elias T. Majoros | /s/ Guy T. Conti |
| Elias T. Majoros (P41040) | Guy T. Conti (P68889) |
| Attorney for Plaintiff | Attorney Defendants |
| 24901 Northwestern Hwy., Ste 444 | 302 N. Huron St. |
| Southfield, MI 48075 | Ypsilanti, MI 48197 |
| (248) 350-8220 | (888) 489-3232 |
| emajoros@glmpc.com | gconti@contilegal.com |

E:\GLM CLIENTS - CH7 2005\Wolverine Security Services (Kohut)\Kohut v. Spradlin & Apex\Stip for Entry of Consent Judgment.pks.wpd