UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WOLVERINE SECURITY SERVICES, INC.,          Chapter 7
                                                                   Case No. 08-60369-SWR
         Debtor.                                                Hon. Steven W. Rhodes
_____/

GENE R. KOHUT, Trustee,

         Plaintiff,

vs.                                                                                     Adversary Proceeding
                                                                                    No. 09-5141
BARTON E. SPRADLIN and APEX SECURITY
CONSULTANTS, INC. d/b/a APEX SECURITY
SOLUTIONS, INC.,

         Defendants.
_____/

**<u>CONSENT JUDGMENT</u>**

This matter having come before the Court upon the Stipulation for Entry of Consent Judgment; the Court being otherwise duly advised in the premises.

IT IS HEREBY ORDERED that the Defendants are jointly and severally liable to the bankruptcy estate in the amount of $100,000.00 ("the judgment amount"). This judgment amount shall accrue interest at the federal statutory rate until satisfied in full.

IT IS FURTHER ORDERED that the judgment amount may be satisfied by the Defendants without interest by making payments totaling $75,000.00 to the bankruptcy estate as follows: $5,000.00 on November 13, 2009, $10,000 on or before November 30, 2009, followed by twelve (12) consecutive equal monthly payments of $5,000.00 beginning on December 13, 2009 and continuing on the 13th day of each month thereafter through November 13, 2010.

IT IS FURTHER ORDERED that the payments shall be made payable to "Gene R. Kohut, Trustee of Wolverine" and delivered in c/o Elias T. Majoros, Gold, Lange & Majoros, P.C., 24901 Northwestern Hwy., Suite 444, Southfield, Michigan 48075. In the event that any payment is late by five (5) calendar days, Trustee shall provide the Defendants with written notice of default. If the default is not cured within seven (7) calendar days after the date on which Trustee serves his written notice of default to the Defendants, then the Trustee will be entitled to take collection action under Fed. R. Civ. P. 69(a) against the Defendants for the judgment amount less all payments made under this Consent Judgment.

IT IS FURTHER ORDERED that the Defendants shall promptly notify the Court and counsel for the Trustee of any change of address.

IT IS FURTHER ORDERED that upon satisfaction of this judgment Plaintiff will promptly file a satisfaction of judgment.